*E-FILED: January 14, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GARNER BECKETT,

        Plaintiff,

  v.

MACY'S CREDIT AND CUSTOMER SERVICES, INC. an Ohio corporation, aka MACYSDSNB and DSNB MACY'S and MACY'S WEST STORES, INC, an Ohio corporation; and Does 1 through 5 inclusive,

        Defendants.
_____/

No. C12-04321 HRL

**ORDER GRANTING JOINT REQUEST FOR AN EXTENSION OF TIME**

On October 23, 2012, the court issued an order referring this matter to Magistrate Judge Grewal for an early settlement conference, with the conference to take place within 90 days of the court's order, subject to Judge Grewal's availability.

The parties now jointly request that they be given a 60-day extension to participate in a settlement conference because Judge Grewal does not have any availability on his calendar before the current January 21, 2013 deadline. It is not clear when the parties first attempted to schedule a conference, but their application suggests that it may have been only ten days ago. The parties' requested extension is granted, and they shall have until March 25, 2013 to participate in a settlement conference with Judge Grewal. They are, however, admonished to

1 | contact his chambers <u>forthwith</u> to set a date for the conference.

2 | Dated: January 14, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

5:12-cv-04321-HRL Notice has been electronically mailed to:

Clariza Casenillo Garcia    cgarcia@lkclaw.com, aludwig@lkclaw.com, basano@lkclaw.com, cgalloway@lkclaw.com, tngo@lkclaw.com

Cynthia Tsai    cynthia.tsai@macys.com

Eric Thomas Hartnett    ehartnett@brewerfirm.com

Mark W. Good    mgood@terra-law.com

Perry James Woodward    pwoodward@terra-law.com

Susan Tayeko Kumagai    skumagai@lkclaw.com, basano@lkclaw.com, CGalloway@lkclaw.com, tngo@lkclaw.com