*E-FILED: March 18, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARNER BECKETT,<br><br>　　　　Plaintiff,<br>　　v.<br><br>MACY'S CREDIT AND CUSTOMER SERVICES, INC. an Ohio corporation, aka MACYSDSNB and DSNB MACY'S and MACY'S WEST STORES, INC, an Ohio corporation; and Does 1 through 5 inclusive,<br><br>　　　　Defendants.<br>_____/ | No. C12-04321 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

　　This court is informed that the parties have reached a settlement, and all previously scheduled deadlines and appearances are vacated.

　　**On or before April 30, 2013**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **May 14, 2013, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a joint statement in response to this Order to Show Cause **no later than May 7, 2013**. The statement shall advise as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed

as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a joint statement in response to this Order.

SO ORDERED.

Dated: March 18, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-04321-HRL Notice has been electronically mailed to:

2  Cynthia Tsai     cynthia.tsai@macys.com

3  Eric Thomas Hartnett     ehartnett@brewerfirm.com

4  Mark W. Good     mgood@terra-law.com

5  Perry James Woodward     pwoodward@terra-law.com

6  Susan Tayeko Kumagai     skumagai@lkclaw.com, basano@lkclaw.com, CGalloway@lkclaw.com, tngo@lkclaw.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California