*E-FILED: July 16, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARNER BECKETT,<br><br>    Plaintiff,<br>  v.<br><br>MACY'S CREDIT AND CUSTOMER SERVICES, INC., an Ohio corporation, aka MACYSDSNB and DSNB MACY'S and MACY'S WEST STORES, INC., an Ohio corporation; and Does 1 through 5 inclusive,<br><br>    Defendants. | No. C12-04321 HRL<br><br>**SECOND ORDER TO SHOW CAUSE RE SETTLEMENT** |

Following another settlement conference with Magistrate Judge Grewal, this court is informed that this case remains settled. Accordingly,

**On or before August 16, 2013**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **August 27, 2013, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a joint statement in response to this Order to Show Cause **no later than August 20, 2013**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the

Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

Failure to comply with this order will be deemed grounds for dismissal.

SO ORDERED.

Dated: July 16, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-04321-HRL Notice has been electronically mailed to:

2  Andrew Ditlevsen     aditlevsen@terralaw.com

3  Cynthia Tsai     cynthia.tsai@macys.com

4  Eric Thomas Hartnett     ehartnett@brewerfirm.com

5  Mark W. Good     mgood@terra-law.com

6  Perry James Woodward     pwoodward@terra-law.com

7  Susan Tayeko Kumagai     skumagai@lkclaw.com, basano@lkclaw.com, pbehrens@lkclaw.com, tngo@lkclaw.com

**United States District Court**
For the Northern District of California