*E-FILED: August 26, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARNER BECKETT,<br><br>    Plaintiff,<br>  v.<br><br>MACY'S CREDIT AND CUSTOMER SERVICES, INC., an Ohio corporation, aka MACYSDSNB and DSNB MACY'S and MACY'S WEST STORES, INC., an Ohio corporation; and Does 1 through 5 inclusive,<br><br>    Defendants.<br>_____/ | No. C12-04321 HRL<br><br>**THIRD ORDER TO SHOW CAUSE RE SETTLEMENT** |

Following another settlement conference with Magistrate Judge Grewal, this court is informed that this case remains settled; that the parties have agreed on the terms of a settlement agreement; and that, due to some health issues, there has been some delay in obtaining plaintiff's signature on the final agreement. Accordingly, the court will give the parties a brief period to wrap things up.

**On or before September 13, 2013**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **September 24, 2013, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a joint statement in

1 response to this Order to Show Cause **no later than September 17, 2013**, advising as to (1) the
2 status of the activities of the parties in finalizing settlement; and (2) how much additional time,
3 if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as
4 ordered, the Order to Show Cause hearing will be automatically vacated and the parties need
5 not file a statement in response to this Order.
6     Failure to comply with this order will be deemed grounds for dismissal.
7     SO ORDERED.
8 Dated: August 26, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:12-cv-04321-HRL Notice has been electronically mailed to:

2  Andrew Ditlevsen    aditlevsen@terralaw.com

3  Cynthia Tsai    cynthia.tsai@macys.com

4  Eric Thomas Hartnett    ehartnett@brewerfirm.com

5  Mark W. Good    mgood@terra-law.com

6  Perry James Woodward    pwoodward@terra-law.com

7  Susan Tayeko Kumagai    skumagai@lkclaw.com, basano@lkclaw.com, gbeasley@lkclaw.com, pbehrens@lkclaw.com, tngo@lkclaw.com

**United States District Court**
For the Northern District of California