LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605
Email: skumagai@lkclaw.com

Attorneys for Defendants
MACY'S CREDIT AND CUSTOMER SERVICES, INC. and
MACY'S WEST STORES, INC.

TERRA LAW LLP
Perry J. Woodward (State Bar No. 183876)
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone:   (408) 299-1200
Facsimile:   (408) 998-4895
Email: pwoodward@terra-law.com

Attorneys for Plaintiff
GARNER BECKETT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARNER BECKETT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MACY'S CREDIT AND CUSTOMER SERVICES, INC., a Ohio Corporation, aka MACYSDSNB and DSNB MACYS, and MACY'S WEST STORES, INC., a Ohio Corporation, and Does 1 through 5 inclusive,<br><br>　　　　　Defendants. | CASE NO. C12-04321 HRL<br><br>**STIPULATION OF DISMISSAL**<br><br>OSC Hearing:　September 25, 2013<br>Time:　　　　　10:00 a.m.<br>Courtroom:　　2<br>Judge:  Hon. Howard R. Lloyd |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(a).

Dated: September 12, 2013                TERRA LAW LLP

By: /s/ Andrew J. Ditlevsen
ANDREW J. DITLEVSEN
Attorneys for Plaintiff
GARNER BECKETT

Dated: September 12, 2013                LAFAYETTE & KUMAGAI LLP

By: /s/ Susan T. Kumagai
SUSAN T. KUMAGAI
Attorneys for Defendants
MACY'S CREDIT AND CUSTOMER SERVICES, INC. and MACY'S WEST STORES, INC.

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

2

STIPULATION OF DISMISSAL (Case No. C12-04321 HRL)

# CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on September 12, 2013, on counsel of record in compliance with Federal Rule 5 and Local Rule 5.6, by use of the Court's ECF system.

                         */s/ Susan T. Kumagai*
                         SUSAN T. KUMAGAI

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

Stipulation of Dismissal 09-12-13.doc

STIPULATION OF DISMISSAL (Case No. C12-04321 HRL)  3